NEW YORK BOARD OF FIRE UNDERWRITERS v. WHIPPLE et al.
(No. 209.)

(Supreme Court, Appellate Division, First Department. March 6, 1896.)

Appeal from special term, New York county.
Action by the New York Board of Fire Underwriters against Whipple & Co., as chief executive officers of the North & South American Lloyds. From an order overruling a demurrer to the complaint, defendants appeal. Affirmed.

Argued before VAN BRUNT, P. J., and BARRETT, RUMSEY and O'BRIEN, JJ.

John T. Fenlon, for appellants.
John Berry, for respondent.

PER CURIAM. For the reasons stated in the opinion of Mr. Justice RUMSEY in the case of Board v. Whipple (decided herewith) 37 N. Y. Supp. 712, the judgment should be affirmed, with costs, with leave to the appellants to withdraw the demurrer in 20 days, and answer, on payment of the costs in this court and of the costs in the court below.